# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CHAD CURTIS WHITE, | ) | Case No. 06-11805 |
| | ) | |
| Plaintiff. | ) | Arthur J. Tarnow |
| | ) | District Judge |
| v. | ) | |
| | ) | Virginia M. Morgan |
| DONALD BRADY, JOEL SERVICE, and BRET SMITH, | ) | Magistrate Judge |
| | ) | |
| | ) | |
| Defendants. | | |

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 29], GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [DE 16 & 19], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 25]

The Court has reviewed the Report and Recommendation, as well as the relevant pleadings, and agrees with the Report and Recommendation.  Therefore,      IT IS HEREBY ORDERED that the Report and Recommendation [DE 29] is ADOPTED as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendants' motions for summary judgment [DE 16 and DE 19] are GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment [DE 25] is DENIED.

IT IS FURTHER ORDERED that Plaintiff's § 1983 claims are DISMISSED WITH PREJUDICE, and his state law claims DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


s/Arthur J. Tarnow_____
Arthur J. Tarnow

United States District Judge

Dated:  February 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 28, 2007, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager